# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

RANDY LEE TURNER

NO. 2021 KW 0133

APRIL 26, 2021

---

In Re:    Randy Lee Turner, applying for supervisory writs, 32nd Judicial District Court, Parish of Terrebonne, No. 717,086.

---

BEFORE:   GUIDRY, McCLENDON, AND LANIER, JJ.

**WRIT DENIED.** The habitual offender law has been found constitutional in its entirety, and the minimum sentences it imposes upon recidivists are also presumed to be constitutional. **State v. Johnson,** 97-1906 (La. 3/4/98), 709 So.2d 672. The defendant has the burden to rebut the presumption that a mandatory minimum sentence is constitutional. This means he must clearly and convincingly show that his situation is exceptional, that because of unusual circumstances, the defendant is a victim of the legislature's failure to assign sentences that are meaningfully tailored to the culpability of the offender, the gravity of the offense, and the circumstances of the case. **Johnson,** 709 So.2d at 676. See also La. R.S. 15:529.1(I) (added by 2017 La. Acts No. 282, § 1, effective 11/1/17); **State v. Dorthey,** 623 So.2d 1276 (La. 1993). Relator failed to meet his burden of showing his situation is exceptional. Therefore, the district court did not err by denying his motion to correct an illegal sentence.

**JMG**
**PMc**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT